606 A.2d 353

ASHOK STOKES, v. TOWNSHIP OF PISCATAWAY
AND ZONING BOARD OF ADJUSTMENT OF
THE TOWNSHIP OF PISCATAWAY.

December 31, 1991.

Leave to appeal is granted, and the order of the trial court is summarily modified to permit plaintiff to perform only such roofing and siding work as may be necessary to protect the structure from damage during the pendency of the litigation; and it is further

ORDERED that any such work shall be undertaken at plaintiff's own risk and without prejudice to the township's right to have such work removed on completion of the litigation should plaintiff fail to prevail. See *Rowatti v. Gonchar*, 101 *N.J.* 46, 500 *A.*2d 381 (1985). Jurisdiction is not retained.